**Fill in this information to identify your case:**

Debtor 1: Dov Arieh Charney
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  | | Unsecured claim |
|---|---|---|
| **1** | DBZN Family Limited Parnership (Creditor's Name)<br>1946 South Barrington Avenue (Number Street)<br>Suite # 2<br>Los Angeles, CA 900 (City State ZIP Code)<br>Zia Abhari (Contact)<br>(323) 823-2288 (Contact phone) | What is the nature of the claim? Loan<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br><br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>      Value of security:  − $_____<br>      Unsecured claim: $_____ | $ 55,000.00 |
| **2** | Downtown LA Law Group LLP (Creditor's Name)<br>601 N. Vermont Avenue (Number Street)<br><br>Los Angeles    CA    90004 (City State ZIP Code)<br>Farid Yaghoubtil (Contact)<br>(213) 389-3765 (Contact phone) | What is the nature of the claim? Loan<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br><br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>      Value of security:  − $_____<br>      Unsecured claim: $_____ | $ 20,000.00 |

Debtor 1 __Dov Arieh Charney__  Case number (if known) _____
First Name    Middle Name    Last Name

|  | Unsecured claim |
|---|---|

**3** **Pat Honda**
Creditor's Name
3696 Walnut Avenue
Number    Street

Long Beach    CA    90807
City    State    ZIP Code

Pat Honda
Contact

(562) 277-3399
Contact phone

What is the nature of the claim? __Loan__    $ __20,000.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:    − $_____
   Unsecured claim    $_____

**4** **Neil Jacobs**
Creditor's Name
380 Omar Street
Number    Street

Los Angeles    CA    90013
City    State    ZIP Code

Neil Jacobs
Contact

(310) 598-0017
Contact phone

What is the nature of the claim? __Loan__    $ __13,000.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:    − $_____
   Unsecured claim    $_____

**5** **Wells Fargo Bank**
Creditor's Name
PO Box 6995
Number    Street

Portland    OR    97228
City    State    ZIP Code

Authorized Representative
Contact

(800) 556-0605
Contact phone

What is the nature of the claim? __Credit Card__    $ __12,000.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:    − $_____
   Unsecured claim    $_____

**6** **Gaskin Properties**
Creditor's Name
13547 Ventura Blvd
Number    Street
Suite 283

Portland    OR    97228
City    State    ZIP Code

Evan Gaskin
Contact

(818) 788-2273
Contact phone

What is the nature of the claim? __Loan__    $ __10,000.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:    − $_____
   Unsecured claim    $_____

**7** **Zia Abhari**
Creditor's Name
3003 South Hill Street
Number    Street

Los Angeles    CA    90007
City    State    ZIP Code

Zia Abhari
Contact

(323) 823-2288
Contact phone

What is the nature of the claim? __Loan__    $ __10,000.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:    − $_____
   Unsecured claim    $_____

Debtor 1  **Dov Arieh Charney**
         First Name  Middle Name  Last Name

Case number (if known) _____

**Unsecured claim**

**8** **David Graff**
Creditor's Name
3 Middle Patent Road
Number    Street

Armonk          NY    10504
City            State  ZIP Code

David Graff
Contact

(914) 844-5939
Contact phone

What is the nature of the claim? **Legal Services**   $ 10,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:        − $_____
       Unsecured claim            $_____

**9** **Lloyd Brown**
Creditor's Name
300 Rue de la Berge Due Canal #1
Number    Street
Lachine PQ

H8R1H3              CN
City            State  ZIP Code

Llyod Brown
Contact

(514) 281-6220
Contact phone

What is the nature of the claim? **Legal Services**   $ 10,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:        − $_____
       Unsecured claim            $_____

**10** **Candice Hache**
Creditor's Name
25123 Middlebrook Way
Number    Street

Moreno Valley    CA    92551
City            State  ZIP Code

Llyod Brown
Contact

(514) 281-6220
Contact phone

What is the nature of the claim? **Loan**   $ 10,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:        − $_____
       Unsecured claim            $_____

**11** **Katz and Verron**
Creditor's Name
801 S. Figueroa Street
Number    Street

Los Angeles (90017   CA    92551
City            State  ZIP Code

Stan Katz
Contact

(213) 245-4315
Contact phone

What is the nature of the claim? **Professional Fees**   $ 6,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:        − $_____
       Unsecured claim            $_____

**12** **LA DWP**
Creditor's Name
PO Box 30808
Number    Street

Los Angeles      CA    90030
City            State  ZIP Code

Authorized Representative
Contact

(213) 367-4211
Contact phone

What is the nature of the claim? _____   $ 5,288.04

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:        − $_____
       Unsecured claim            $_____

Debtor 1  **Dov Arieh Charney**     Case number (if known) _____
First Name   Middle Name   Last Name

**Unsecured claim**

**13** Kirk Priess
Creditor's Name
1416 1/2 Allison Avenue
Number    Street

Los Angeles      CA    90026
City             State  ZIP Code

Kirk Priess
Contact
(213) 804-0311
Contact phone

What is the nature of the claim? Loan     $ 5,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:    − $_____
    Unsecured claim       $_____

---

**14** MF Trading Inc.
Creditor's Name
10437 Des Moines Avenue
Number    Street

Porter Ranch      CA    91326
City             State  ZIP Code

Mani Farmanara
Contact
(310) 430-2282
Contact phone

What is the nature of the claim? Loan     $ 5,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:    − $_____
    Unsecured claim       $_____

---

**15** MVILLE Limited
Creditor's Name
124 128 Barlby Rd Unit 67
Number    Street
London

England  W106BL
City             State  ZIP Code

Lawrence Elman
Contact
(447) 958-7786
Contact phone

What is the nature of the claim? Loan     $ 5,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:    − $_____
    Unsecured claim       $_____

---

**16** 9438-0838 Quebec Inc
Creditor's Name
6824 Louis Pasteur Avenue
Number    Street
Montreal Canada

QC H4W-3E9
City             State  ZIP Code

Dan Abenheim
Contact
(514) 867-2277
Contact phone

What is the nature of the claim? Loan     $ 5,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:    − $_____
    Unsecured claim       $_____

---

**17** Elevated LLC
Creditor's Name
118 E. 8th Street
Number    Street

Los Angeles      CA    90014
City             State  ZIP Code

Neil Jacobs
Contact
(310) 598-0017
Contact phone

What is the nature of the claim? Loan     $ 5,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:    − $_____
    Unsecured claim       $_____

---

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1 **Dov Arieh Charney**
First Name   Middle Name   Last Name

Case number (if known) _____

**Unsecured claim**

**18**

Total Custom Services, Inc
Creditor's Name
2555 Dollard Ave
Number   Street
Lasalle
QC   H8W-3E9   CN
City   State   ZIP Code
Mike Maislin
Contact
(514) 946-0248
Contact phone

What is the nature of the claim? Loan

$ 5,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

**19**

Robert Graham Trust
Creditor's Name
13459 Mullholland Drive
Number   Street

Beverly Hills   CA   90210
City   State   ZIP Code
Bobby Grahm
Contact
(310) 612-7921
Contact phone

What is the nature of the claim? Loan

$ 5,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

**20**

Creditor's Name
Go Textile International, Inc.
Number   Street
1800 S Essex St

Los Angeles   CA   90021
City   State   ZIP Code
Yousef Golbahary
Contact
(213) 675-1848
Contact phone

What is the nature of the claim? Loan

$ 5,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signature]_   X _____
Signature of Debtor 1   Signature of Debtor 2

Date 03/10/2022
MM / DD / YYYY

Date _____
MM / DD / YYYY

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 5