DBZN Family Limited Partnership
1946 South Barrington Ave #2
Los Angeles CA 90025

Downtown LA Law Group LLP
601 N Vermont Ave
Los Angeles CA 90004

Pat Honda
3969 Walnut Ave
Long Beach CA 90807

Sylvia Safdie
301 Murray Street
Montreal PQ 90031

Neil Jacobs
380 Omar Street
Los Angeles CA 90013

Wells Fargo Visa
P.O. Box 6995
Portland OR 97228

Gaskin Properties
13547 Ventura Blvd #283
Sherman Oaks CA 91423

Zia Abhari
3003 South Hill St
Los Angeles CA 90007

David Graff
3 Middle Patent Road
Armonk NY 10504

Lloyd Brown
300 Rue de la Berge Du Canal
Apt 31
Lachine PQ H8R 1H3 Canada

Candice Hache
25123 Middlebrook Way
Moreno Valley CA 92551

Stan Katz / Katz and Verron
801 S Figueroa St #1000
Los Angeles CA 90017

LA DWP
PO Box 30808
Los Angeles CA 90030

Kirk Priess
1416 1/2 Allison Ave
Los Angeles CA 90026

MF Trading Inc
10437 Des Moines Ave
Porter Ranch CA 91326

MVILLE LIMITED
Unit 67 124 128
Barlby Rd London W10 6BL

9439-0838 QUEBEC INC
6824 Louis Pasteur Ave
Montreal QC H4W-3E9 Canada

Elevated LLC.
118 E 8th Street
Los Angeles CA 90014

Total Custom Services Inc
2555 Dollard Ave
La Salle QC H8N-3A9 Canada

Republic Factors
13459 Mullholland Drive
Beverly Hills CA 90210

Go Textile International Inc
1800 S Essex St L
Los Angeles 90021

Eric J Ribner
59 Connecticut Ave
Greenwich CT 06830

Republic Factors
15260 Ventura Blvd
Suite 1920
Sherman Oaks CA 91403

1249371.1/81961.05002