| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>William N. Lobel (SBN 93202)<br>Christopher J. Harney (SBN 322306)<br>THEODORA ORINGHER P.C.<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 549-6200<br>Fax: (714) 549-6201<br>wlobel@tocounsel.com<br>charney@tocounsel.com<br><br>☐ Debtor(s) appearing without an attorney<br>☒ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION ▼ ||
| In re:<br>Dov Arieh Charney<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  03/10/2022    Dov Arieh Charney
                     Printed name of Debtor 1                                         Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                   Page 1                            F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                            Printed name of Debtor 2                        Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                        F 1002-1.EMP.INCOME.DEC

**Client ID:** 0170TC61 - LOS ANGELES APPAREL INC
**Pay Group:** Weekly

**CHECK HISTORY DETAIL (0170TC61)**
**LOS ANGELES APPAREL INC**
DBA: LOS ANGELES APPAREL INC

**Report Date Range: By Pay Date**
2/1/2022 - 3/11/2022

**Dov Charney**
1809 Apex Ave.
LOS ANGELES, CA 90026
SSN: XXX-XX-3863
Employee#: 4811
Division: 100
Department: 2104

| | | Earnings | | | Taxes | | | | Deductions | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title | Hours | Dollars | Title | Dollars | Title | Dollars | Title | Dollars | Title Dollars |

### No Deductions
Pay Date: 2/25/2022   Gross Pay: 10,046.08
Period End: 2/18/2022   Net Pay: 0.00
Voucher#: V79988657   Check Amt: 0.00
Run #: 268   Direct Dep: 0.00

| Title | Hours | Dollars | | Title | Dollars | Title | Dollars | Title | Dollars |
|---|---|---|---|---|---|---|---|---|---|
| Salary | 32.00 | 10,046.08 | | SOC SEC EE | 622.86 | MED EE | 145.67 | Loan Pay | 5,226.85 |
| | | | | FEDERAL WH | 2,914.60 | CALIFORNIA WH | 1,025.59 | | |
| | | | | CALIFORNIA SDI EE | 110.51 | | | | |

Total Hours: 32.00   Total Earnings: 10,046.08   Total Taxes: 4,819.23   Total Deductions: 5,226.85

### Additional Check
Pay Date: 2/25/2022   Gross Pay: 12,557.60
Period End: 2/18/2022   Net Pay: 0.00
Voucher#: V79988658   Check Amt: 0.00
Run #: 268   Direct Dep: 0.00

| Title | Hours | Dollars | | Title | Dollars | Title | Dollars | Title | Dollars |
|---|---|---|---|---|---|---|---|---|---|
| Salary | 40.00 | 12,557.60 | | SOC SEC EE | 778.57 | MED EE | 182.08 | Loan Pay | 6,284.07 |
| | | | | FEDERAL WH | 3,832.15 | CALIFORNIA WH | 1,342.60 | | |
| | | | | CALIFORNIA SDI EE | 138.13 | | | | |

Total Hours: 40.00   Total Earnings: 12,557.60   Total Taxes: 6,273.53   Total Deductions: 6,284.07

### Regular Check
Pay Date: 2/25/2022   Gross Pay: 12,557.60
Period End: 2/18/2022   Net Pay: 0.00
Voucher#: V79988659   Check Amt: 0.00
Run #: 268   Direct Dep: 0.00

| Title | Hours | Dollars | | Title | Dollars | Title | Dollars | Title | Dollars |
|---|---|---|---|---|---|---|---|---|---|
| Salary | 40.00 | 12,557.60 | | SOC SEC EE | 778.57 | MED EE | 182.09 | Loan Pay | 6,284.06 |
| | | | | FEDERAL WH | 3,832.15 | CALIFORNIA WH | 1,342.60 | | |
| | | | | CALIFORNIA SDI EE | 138.13 | | | | |

Total Hours: 40.00   Total Earnings: 12,557.60   Total Taxes: 6,273.54   Total Deductions: 6,284.06

### Regular Check
Pay Date: 3/4/2022   Gross Pay: 12,557.69
Period End: 2/25/2022   Net Pay: 0.00
Voucher#: V80311741   Check Amt: 0.00
Run #: 269   Direct Dep: 0.00

| Title | Hours | Dollars | | Title | Dollars | Title | Dollars | Title | Dollars |
|---|---|---|---|---|---|---|---|---|---|
| Salary | 40.00 | 12,557.69 | | SOC SEC EE | 778.58 | MED EE | 182.09 | Loan Pay | 6,284.09 |
| | | | | FEDERAL WH | 3,832.18 | CALIFORNIA WH | 1,342.61 | | |
| | | | | CALIFORNIA SDI EE | 138.14 | | | | |

Total Hours: 40.00   Total Earnings: 12,557.69   Total Taxes: 6,273.60   Total Deductions: 6,284.09

### Regular Check
Pay Date: 3/11/2022   Gross Pay: 12,557.69
Period End: 3/4/2022   Net Pay: 2,375.76
Check#: 86525   Check Amt: 2,375.76
Run #: 270   Direct Dep: 0.00

| Title | Hours | Dollars | | Title | Dollars | Title | Dollars | Title | Dollars |
|---|---|---|---|---|---|---|---|---|---|
| Salary | 40.00 | 12,557.69 | | SOC SEC EE | 778.57 | MED EE | 182.08 | Loan Pay | 3,908.36 |
| | | | | FEDERAL WH | 3,832.18 | CALIFORNIA WH | 1,342.61 | | |
| | | | | CALIFORNIA SDI EE | 138.13 | | | | |

Total Hours: 40.00   Total Earnings: 12,557.69   Total Taxes: 6,273.57   Total Deductions: 3,908.36

### EMPLOYEE TOTAL:
2/1/2022 - 3/11/2022

Gross Pay: 60,276.66   Net Pay: 2,375.76

| Title | Hours | Dollars | | Title | Dollars | Title | Dollars | Title | Dollars |
|---|---|---|---|---|---|---|---|---|---|
| Salary | 192.00 | 60,276.66 | | SOC SEC EE | 3,737.15 | MED EE | 874.01 | Loan Pay | 27,987.43 |
| | | | | CALIFORNIA WH | 6,396.01 | FEDERAL WH | 18,243.26 | | |
| | | | | CALIFORNIA SDI EE | 663.04 | | | | |

Total Hours: 192.00   Total Earnings: 60,276.66   Total Taxes: 29,913.47   Total Deductions: 27,987.43

*Memo Calculation (not included in totals)   **Reimbursement (not included in totals)

**Heartland**

CHECK HISTORY DETAIL (0170TC61)

Page 1 of 2
Created on: 3/9/2022 6:47:15 PM

| Client ID: | 0170TC61 - LOS ANGELES APPAREL INC | CHECK HISTORY DETAIL (0170TC61) | Report Date Range: By Pay Date |
|---|---|---|---|
| Pay Group: | Weekly | LOS ANGELES APPAREL INC | |
| | | DBA: LOS ANGELES APPAREL INC | 2/1/2022 - 3/11/2022 |

| Report Totals | Earnings | | | | | Taxes | | | | Deductions | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Title | Hours | Dollars | Title | Dollars | Title | Dollars | Title | Dollars | Title | Dollars | Title | Dollars |
| 2/1/2022 - 3/11/2022 | Salary | 192.00 | 60,276.66 | | | SOC SEC EE | 3,737.15 | MED EE | 874.01 | Loan Pay | 27,987.43 | | |
| | | | | | | CALIFORNIA WH | 6,396.01 | FEDERAL WH | 18,243.26 | | | | |
| | | | | | | CALIFORNIA SDI EE | 663.04 | | | | | | |
| Gross Pay: 60,276.66    Net Pay: 2,375.76 | Total Hours: 192.00 | | | Total Earnings: 60,276.66 | | Total Taxes: 29,913.47 | | | | Total Deductions: 27,987.43 | | | |

*Memo Calculation (not included in totals)   **Reimbursement (not included in totals)

**Heartland**

CHECK HISTORY DETAIL (0170TC61)

Page 2 of 2
Created on: 3/9/2022 6:47:15 PM