William N. Lobel, Esq. (State Bar No. 93202)
wlobel@tocounsel.com
Christopher J. Harney, Esq. (State Bar No. 322306)
charney@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

[Proposed] Attorneys for the Debtor and
Debtor in Possession, Dov Arieh Charney

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No.:2 :22-bk-11335-VZ |
| DOV ARIEH CHARNEY, | Chapter 11 |
| Debtor and Debtor-in-Possession | **PROOF SERVICE FOR DOCUMENTS FILED ON MARCH 10, 2022 FOR [DOCKET NUMBERS 1-4, 6-7]** |

1249601.1/81961.05002

1

PROOF OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **PROOF OF SERVICE FOR DOCUMENTS FILED ON MARCH 10, 2022 FOR [DOCKET NUMBERS 1-4, 6-7]** will be served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/15/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 03/15/2022  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)03/10/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/15/2022 | Jennifer O'Keefe | /s/ Jennifer O'Keefe |
|---|---|---|
| Date | Printed Name | Signature |

1249612.1/81961.05002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                 F 9013-3.1.PROOF.SERVICE

Main Document    Page 3 of 6

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **William N Lobel**   wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Jeffrey M. Reisner**   jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Jessica Taran**   jtaran@wilkauslander.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**

    **Keith A. Fink**
    Keith A Fink & Associates
    11500 Olympic Blvd Ste 316
    Los Angeles, CA 90064

    (see attached list)

1249612.1/81961.05002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

DBZN Family Limited Partnership
1946 South Barrington Ave #2
Los Angeles CA 90025

Downtown LA Law Group LLP
601 N Vermont Ave
Los Angeles CA 90004

Pat Honda
3969 Walnut Ave
Long Beach CA 90807

Sylvia Safdie
301 Murray Street
Montreal PQ 90031

Neil Jacobs
380 Omar Street
Los Angeles CA 90013

Wells Fargo Visa
P.O. Box 6995
Portland OR 97228

Gaskin Properties
13547 Ventura Blvd #283
Sherman Oaks CA 91423

Zia Abhari
3003 South Hill St
Los Angeles CA 90007

David Graff
3 Middle Patent Road
Armonk NY 10504

Lloyd Brown
300 Rue de la Berge Du Canal
Apt 31
Lachine PQ H8R 1H3 Canada

Candice Hache
25123 Middlebrook Way
Moreno Valley CA 92551

Stan Katz / Katz and Verron
801 S Figueroa St #1000
Los Angeles CA 90017

LA DWP
PO Box 30808
Los Angeles CA 90030

Kirk Priess
1416 1/2 Allison Ave
Los Angeles CA 90026

MF Trading Inc
10437 Des Moines Ave
Porter Ranch CA 91326

MVILLE LIMITED
Unit 67 124 128
Barlby Rd London W10 6BL

9439-0838 QUEBEC INC
6824 Louis Pasteur Ave
Montreal QC H4W-3E9 Canada

Elevated LLC.
118 E 8th Street
Los Angeles CA 90014

Total Custom Services Inc
2555 Dollard Ave
La Salle QC H8N-3A9 Canada

Republic Factors
13459 Mullholland Drive
Beverly Hills CA 90210

Go Textile International Inc
1800 S Essex St L
Los Angeles 90021

Eric J Ribner
59 Connecticut Ave
Greenwich CT 06830

Republic Factors
15260 Ventura Blvd
Suite 1920
Sherman Oaks CA 91403